NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RANDY L. ROUNDTREE,                 )
                                    )
            Appellant,              )
                                    )
v.                                  )     Case No. 2D18-2368
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed April 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Susan G. Barthle, Judge.


PER CURIAM.


            Affirmed.


NORTHCUTT, KELLY, and KHOUZAM, JJ., Concur.